# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**YEN BERNSTEIN** and **BRETT BERNSTEIN,**
Appellants,

v.

**HSBC BANK, USA, NATIONAL ASSOCIATION,** As Trustee for The Holders of **DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6,**
Appellee.

No. 4D17-3170

[September 27, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 50-2012-CA-000239-XXXX-MB.

Michael Vater, Kyle M. Costello and Kendrick Almaguer of The Ticktin Law Group, PLLC, Deerfield Beach, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee; and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and MIRMAN, LAWRENCE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***